Anne Pearl Schwartz, Appellant, v. Julius Schwartz, Respondent.— In an action by the wife for annulment of the marriage, judgment dismissing the complaint unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.